# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: TMI1047443

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| United RX Company LLC | | 05/23/2025 | Limited Liability Company: DELAWARE |

## RECEIVING PARTY DATA

| | |
|---|---|
| **Company Name:** | TK Assets, LLC |
| **Street Address:** | 1111 Park Centre Blvd., Ste 450 |
| **City:** | Miami |
| **State/Country:** | FLORIDA |
| **Postal Code:** | 33169 |
| **Entity Type:** | Limited Liability Company: FLORIDA |

## PROPERTY NUMBERS Total: 2

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 88348844 | RESERVE |
| Serial Number: | 90142973 | RESERVE |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 8013593333 |
| **Email:** | jeff@kimballanderson.com |
| **Correspondent Name:** | Mr. Jeffery M Lillywhite |
| **Address Line 1:** | 310 S. Main Street, Unit 102 |
| **Address Line 4:** | Salt Lake City, UTAH 84101 |

| NAME OF SUBMITTER: | Mr. Jeffery Lillywhite |
|---|---|
| **SIGNATURE:** | /Mr. Jeffery Lillywhite/ |
| **DATE SIGNED:** | 05/28/2025 |

**Total Attachments: 2**
source=Intellectual Property Assignment_RESERVE M1ND TK EXHIBIT A USPTO.docx#page1.tiff
source=Trademark Assignment_RESERVE (2025.05.23).docx#page1.tiff

OP $65.00.00 88348844

900944056

**TRADEMARK**
**REEL: 008880 FRAME: 0116**

## TRADEMARK ASSIGNMENT AGREEMENT

This Trademark Assignment Agreement (the "**Agreement**") memorializes agreements between the companies on May 20, 2025, and is entered into on this 23rd day of May, 2025 (the "**Effective Date**") by and between United RX Company LLC, a Delaware Limited Liability Company with an address of 34851 Emerald Coast Parkway, Suite 150, Destin, Florida 32541 ("**Assignor**") and TK Assets, LLC, a Limited Liability Company, duly organized and existing under the laws of the State of Florida and having a principal place of business at 1111 Park Centre Blvd., Ste 450, Miami, Florida 33169 ("**Assignee**").

### RECITALS

A. Assignor is the record owner of the entire right, title and interest in and to the U.S. Trademark Registration in Exhibit A (the "**Marks**");

B. Assignee desires to acquire all of Assignor's right, title and interest, in and to the Marks together with all the goodwill of the business symbolized thereby; and

C. Assignor desires to assign all such right, title and interest in and to the Marks to Assignee, upon the terms and conditions set forth herein.

NOW, THEREFORE, for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged by Assignor, the parties agree as follows:

### AGREEMENT

1. Assignor hereby irrevocably conveys and assigns to Assignee, and Assignee hereby accepts from Assignor, all of Assignor's right, title and interest in and to the Marks, together with the goodwill of the business symbolized by the Marks, including all rights to sue for and recover damages for past, present and future infringement.

2. Assignor represents and warrants that: (i) Assignor owns the entire right, title and interest in and to the Marks; (ii) all registrations for the Marks are currently valid and subsisting and in full force and effect; (iii) Assignor has not licensed the Marks to any other person or entity or granted, either expressly or impliedly, any trademark or service mark rights with respect to the Marks to any other person or entity; and (iv) Assignor has all authority necessary to enter into this Agreement and the execution and delivery of this Agreement has been duly and validly authorized.

3. This Agreement shall be binding on and shall inure to the benefit of the parties to this Agreement and their successors and assigns, if any.

4. This Agreement and the rights and obligations of the parties hereunder shall be governed by and construed in accordance with the laws of the state of Florida, without regard to its conflict of laws principles, and shall be enforceable against the parties in the state and federal courts located in Florida. For such purpose, each party hereby irrevocably submits to the jurisdiction of such courts, and agrees that all claims in respect of this Agreement may be heard and determined in any of such courts.

5. Any provision of this Agreement that is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective to the extent of such invalidity, illegality or unenforceability, without affecting in any way the remaining provisions of this Agreement in such jurisdiction or rendering that or any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective duly authorized representatives as of the day and year above written.

ASSIGNOR
United RX Company LLC

By: _____
Signed by:
32B876BEEFDD4F8...
Name: Ryan D. Jumonville
Title: Manager

ASSIGNEE
TK Assets, LLC

By: _____
Signed by:
kosta Gara
103FFD40E24F433...
Name: Kosta Gara
Title: Manager

**TRADEMARK**
**REEL: 008880 FRAME: 0117**

**EXHIBIT A**

| Name | Jurisdiction | Class | Serial Number | Registration Number | Filing Date | Registration Date |
|---|---|---|---|---|---|---|
| USA Trademarks USPTO | | | | | | |
| Reserve | United States | 05 | 88348844 | 6674764 | Mar. 20, 2019 | Mar. 22, 2022 |
| Reserve | United States | 05 | 90142973 | - | Aug 20, 2020 | - |