Case 1:25-cv-22681-CMA Document 1-4 Entered on FLSD Docket 06/13/2025 Page 1 of 1



## NEORESERVO — ЭТО

- Защита организма от преждевременного старения и обновление на клеточном уровне
- Активная работа мозга
- Красота изнутри
- Энергия, выносливость, работоспособность
- Здоровье и тонус сосудов

 **ecowayproduct** · **Follow**
atipak.christian · This Love/Cinta Ini 🔥

 **ecowayproduct** 6w
🔷Reserve (reserve) from Jeunesse, but in the improved composition of NEORESERVO in GREENWAY GLOBAL you can trust the immunity of the whole family.

🔷Many mothers of the world have already chosen Reserve (a complex of antioxidants and vitamins) for their babies.
This is a 100% necessary and safe product for every child.

🔷Reserve is a 100% vegan product. Developed taking into account all the needs of a growing body. And also has a HALAL certificate.

🔻What NEORESERVO can do: 🔻

✅Restores the immune system

April 23