PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98964296**
**Filing Date: 01/15/2025**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98964296 |
| **MARK INFORMATION** | |
| *MARK | NEORESERVO |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | NEORESERVO |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | EcoTradeMarket, s.r.o. |
| *MAILING ADDRESS | Radiová 1325/5, Hostivar |
| *CITY | Praha 10 |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Czech Republic |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 10200 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Czech Republic |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 005 |
| *IDENTIFICATION | Dietary supplements for human beings; mineral dietary supplements; nutritional supplements; albumin dietary supplements; protein dietary supplements; medicated sweets; adhesive plasters; dietetic beverages adapted for medical purposes; medicinal infusions; medicated toothpaste; food for babies; vitamin preparations; veterinary preparations; medical preparations for slimming purposes; albuminous foodstuffs for medical purposes; dietetic foods adapted for medical purposes; pharmaceuticals; insect repellents; massage candles for therapeutic purposes; syrups for pharmaceutical purposes; infant formula; depuratives; appetite suppressants for medical purposes; medicated dentifrices; sedatives; digestives for |

| | |
|---|---|
| | <span style="color:red">pharmaceutical purposes; headache relief sticks; antioxidant pills; medicinal herbs; medicinal tea; plant extracts, other than essential oils, for pharmaceutical purposes</span> |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Leo V. Gureff |
| **ATTORNEY DOCKET NUMBER** | 6615/0064TUS |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Muncy, Geissler, Olds & Lowe, P.C. |
| **STREET** | 125 S. Royal Street |
| **CITY** | Alexandria |
| **STATE** | Virginia |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 22314 |
| **PHONE** | 703-621-7140 x146 |
| **FAX** | 703-621-7155 |
| **EMAIL ADDRESS** | mailroom@mg-ip.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Leo V. Gureff |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mailroom@mg-ip.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | lvg@mg-ip.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 350 |
| **\*TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Leo V. Gureff/ |
| **SIGNATORY'S NAME** | Leo V. Gureff |
| **SIGNATORY'S POSITION** | Attorney of Record; DC Bar member |
| **SIGNATORY'S PHONE NUMBER** | 703-621-7140 x146 |
| **DATE SIGNED** | 01/15/2025 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Trademark/Service Mark Application, Principal Register

**Serial Number: 98964296**
**Filing Date: 01/15/2025**

## To the Commissioner for Trademarks:

**MARK:** NEORESERVO (Standard Characters, see mark)
The literal element of the mark consists of NEORESERVO. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, EcoTradeMarket, s.r.o., a limited liability company legally organized under the laws of Czech Republic, having an address of
    Radiová 1325/5, Hostivar
    Praha 10 10200
    Czech Republic
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 005:  Dietary supplements for human beings; mineral dietary supplements; nutritional supplements; albumin dietary supplements; protein dietary supplements; medicated sweets; adhesive plasters; dietetic beverages adapted for medical purposes; medicinal infusions; medicated toothpaste; food for babies; vitamin preparations; veterinary preparations; medical preparations for slimming purposes; albuminous foodstuffs for medical purposes; dietetic foods adapted for medical purposes; pharmaceuticals; insect repellents; massage candles for therapeutic purposes; syrups for pharmaceutical purposes; infant formula; depuratives; appetite suppressants for medical purposes; medicated dentifrices; sedatives; digestives for pharmaceutical purposes; headache relief sticks; antioxidant pills; medicinal herbs; medicinal tea; plant extracts, other than essential oils, for pharmaceutical purposes
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Leo V. Gureff. Leo V. Gureff of Muncy, Geissler, Olds & Lowe, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    125 S. Royal Street
    Alexandria, Virginia 22314
    United States
    703-621-7140 x146(phone)
    703-621-7155(fax)
    mailroom@mg-ip.com
The docket/reference number is 6615/0064TUS.
Leo V. Gureff submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    Leo V. Gureff

    PRIMARY EMAIL FOR CORRESPONDENCE: mailroom@mg-ip.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): lvg@mg-ip.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Leo V. Gureff/   Date: 01/15/2025
Signatory's Name: Leo V. Gureff
Signatory's Position: Attorney of Record; DC Bar member
Signatory's Phone Number: 703-621-7140 x146
Signature method: Signed directly within the form
Payment Sale Number: 98964296
Payment Accounting Date: 01/15/2025

Serial Number: 98964296
Internet Transmission Date: Wed Jan 15 12:29:03 ET 2025
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2025011512290509
1722-98964296-8804be77b8dfd3a1d7854e799b
840cacbc7df42373380a44e4adbc9ae493676932
e-CC-29038318-20250115122315103618

# NEORESERVO